EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>  Carlos M. Mangual López | 2002 TSPR 137<br><br>157 DPR ____ |

Número del Caso: TS-5439

Fecha: 11/octubre/2002

Oficina de Inspección de Notarías:
                        Lcda. Carmen H. Carlos
                        Directora

Abogado de la Parte Querellada:
                        Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos M. Mangual López          TS-5439

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de octubre de 2002

Vista la moción de reinstalación del Sr. Carlos M. Mangual López, se ordena su reinstalación al ejercicio de la profesión de abogado.  Se le apercibe de que en el futuro deberá ejercer mayor diligencia en cumplir con las órdenes de este tribunal.

Además se le concede el término de noventa (90) días, contados a partir de la fecha de la notificación de esta resolución, para que corrija las deficiencias señaladas por la Oficina de Inspección de Notarías a su obra notarial e informe a este Tribunal el resultado de estas gestiones.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Presidente señor Andréu García y el Juez Asociado señor Rebollo López no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo